UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEONARD JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>A. MEDINA, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 13-01930-JVS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted. Plaintiff's federal civil rights claim against Jeffers in his official capacity and prayer for injunctive relief is dismissed without leave to amend. Plaintiff's First Amendment claim for monetary damages against Medina in his individual capacity and plaintiff's federal civil rights claim for monetary damages against Jeffers in his individual capacity are dismissed with leave to amend.

///

1       Plaintiff is ordered to file a First Amended Complaint within thirty (30) days of the date of this Order remedying the deficiencies discussed in the Report and Recommendation.

Dated: December 15, 2015

                                  JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE