# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEONARD JACKSON,<br><br>          Plaintiff,<br><br>vs.<br><br>A. MEDINA, et al.,<br><br>          Defendants. | Case No. EDCV 13-01930-JVS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that defendant's Motion to Dismiss is granted in part and denied in part as follows: (1) Plaintiff's Fourteenth Amendment claim with respect to the withholding of his mail is dismissed without leave to amend; and (2) plaintiff's First Amendment claim and Fourteenth Amendment claim with respect to the confiscation of his property are dismissed with leave to amend.

/ / /

/ / /

Should he desire to pursue this action, plaintiff is ordered to file a Second Amended Complaint within thirty (30) days of the date of this Order remedying the deficiencies discussed in the Report and Recommendation.

If plaintiff chooses to file a Second Amended Complaint, it should bear the docket number assigned in this case; be labeled "Second Amended Complaint"; and be complete in and of itself without reference to the Complaint, the FAC, or any other pleading, attachment, or document.

Dated: January 3, 2017

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE